JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II _____          **Investigating Agency**  Dept. of Labor

**City**   Lakeville                          **Related Case Information:**

**County**   Plymouth                  Superseding Ind./ Inf. _____   Case No. _____
                                       Same Defendant _____   New Defendant  X _____
                                       Magistrate Judge Case Number        _____
                                       Search Warrant Case Number        _____
                                       R 20/R 40 from District of        _____

**Defendant Information:**

Defendant Name   Andrea Anderson _____   Juvenile:   ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State)  Prinville, OR _____

Birth date (Yr only): 1962   SSN (last4#): 6276   Sex  F _____   Race: _____   Nationality: USA _____

**Defense Counsel if known:**   Paul Garrity _____   Address  Paul J. Garrity Law Offices

**Bar Number** _____                          755 E. Broadway
                                                      Boston, MA 02127
**U.S. Attorney Information:**

**AUSA**   Laura Kaplan _____   Bar Number if applicable _____

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty ——   ☐ Misdemeanor ——   ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   09/06/2023                  Signature of AUSA:   /s/ Laura Kaplan

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Andrea Anderson _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 29 U.S.C. § 501(c) | Embezzlement from a Labor Union | 1 |
| Set 2 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture Allegations | |
| Set 3 | 28 U.S.C. § 2461 (c) | Forfeiture Allegations | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013